In the Matter of the Claim of FANNIE ZIMMERMAN, Respondent, against WILLIAM GOLDENBLUM Co., INC., and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.

In the Matter of the Claim of PATRICK CONNOLLY, Respondent, against GEORGE ROBERTS & Co. and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent. — Award affirmed, with costs to the State Industrial Board. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.

In the Matter of the Claim of CHRISTIAN HONORE, Respondent, against PIONEER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.

In the Matter of the Claim of MARY JOHNSON, Respondent, against O'DONNELL LUMBER COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award affirmed, with costs to the State Industrial Board. Cochrane, P. J., Van Kirk, Hinman and McCann, JJ., concur; H. T. Kellogg, J., not voting.

## FIRST DEPARTMENT, MAY, 1926.*

G. TROWBRIDGE HOLLISTER and Others, Respondents, v. FRANCIS K. SEAGRIST, Appellant.— Order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

LAKEWOOD ENGINEERING COMPANY, Appellant, v. TRACY S. VOORHEES and Others, Individually and as Trustees of the UNITED CLEARING HOUSE OF FOREIGN CREDITS, INC., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

WILLIAM SCRIBNER, as Administrator, etc., of GRACE B. SCRIBNER, Deceased, Appellant, Respondent, v. EDWARD K. YOUNG, Respondent, Appellant.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

HENRY WIGGIN & Co., LTD., Appellant, v. THE BRANFORD ELECTRIC Co., INCORPORATED, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

ALBERT PLENGE, Appellant, v. BENJAMIN JOHNSON, Respondent.— Order affirmed, with ten dollars costs and disbursements, with leave to the plaintiff to reply within twenty days from service of order, upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Martin, JJ.

* All other cases without opinions decided by the First Department in May, 1926, will be found in 216 App. Div. 824–839.— [REP.